BENJAMIN, Respondent, v. OLEAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Albert O. Benjamin against the Olean Street Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

---

BENNETT, Respondent, v. IRON CLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Lewis Bennett against the Iron Clad Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

---

BLATT, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Harry Blatt against Frederick Thompson and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, First Department. December 18, 1903.) In the matter of the board of rapid transit railroad commissioners. No opinion. Motion to appoint commissioners granted. See memorandum.

---

BORGWARDT, Respondent, v. STEARNS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by August Borgwardt against John N. Stearns. A. W. Putnam, for appellant. H. M. Stevenson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BOYD v. UNITED STATES MORTGAGE & TRUST CO. et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Julia S. Boyd against the United States Mortgage & Trust Company and others. No opinion. Motion denied, with $10 costs.

---

BRESSLIN, Respondent, v. BRENON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Morris Bresslin against Alphonse Brenon. No opinion. Judgment and order affirmed, with costs.

---

BROGAN, Appellant, v. HANAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Johanna Brogan, as administratrix, etc., of Michael Walsh, deceased, against John H. Hanan and others. No opinion. Reargument ordered on the whole case for January 12, 1904.

BROMLEY, Appellant, v. HUDSON RIVER TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by William Bromley, as administrator, etc., against the Hudson River Telephone Company. No opinion. Judgment unanimously affirmed, with costs.

---

BROWN, Respondent, v. CENTRAL CROSSTOWN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Helen Brown against the Central Crosstown Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re BRUCK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) In the matter of the estate of Herman Bruck, deceased. No opinion. Order of Surrogate's Court affirmed, with $10 costs and disbursements.

---

BRULL, Respondent, v. NEW YORK DISPATCH & DELIVERY CO., Appellant. (Supreme Court, Appellate Term. November 18, 1903.) Action by Caroline K. Brull against the New York Dispatch & Delivery Company. From a judgment for plaintiff for $145 damages and $16.50 costs, defendant appeals. Conditionally reversed. Reeves, Todd & Swayne, for appellant. C. Huth, for respondent.

PER CURIAM. The case, upon its facts and the receipt given and accepted, falls within the rule laid down and enforced in Hirsch v. N. Y. Dispatch & Delivery Co. (decided by this court at the April term of 1903) 85 N. Y. Supp. 198. The judgment should be reversed, with costs to the appellant to abide the event, unless the plaintiff stipulate that the amount of the judgment be reduced to $50, in which event the judgment is to be modified accordingly, and, as modified, affirmed, with costs of the appeal to the defendant; it having been shown that before the commencement of the action the defendant tendered to the plaintiff the sum of $50.

---

BULGER, Respondent, v. MERCHANTS' EXP. & TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Robert Bulger against the Merchants' Express & Transportation Company. W. I. McCoy, for appellant. R. R. Costello, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

BURICK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Nellie Burick against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.